IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHNNY ORTIZ,

      Plaintiff,

      -vs-                          No. 01-CV-75-DRH

ROBERT BURNS, LINDA BROWN,
JEFF WHITBECK, JEFF SYKES,
BRIAN CHAPMAN and TERRY ALEXANDER,

      Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Donald G. Wilkerson..

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. The motion to dismiss and the motion for summary judgment filed by Defendant Robert Burns (substituted as defendant for Sheriff William Kilquist) are **GRANTED** and this cause of action against Defendant Burns is **DISMISSED with prejudice**. Judgment is entered in favor of Defendant **ROBERT BURNS** and against Plaintiff **JOHNNY ORTIZ**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the motion to dismiss filed by Defendant Jeff Whitbeck is **GRANTED** and this cause of action against Defendant Whitbeck is **DISMISSED with prejudice**. Judgment is entered in favor of Defendant **JEFF WHITBECK** and against Plaintiff **JOHNNY ORTIZ**. All other claims Plaintiff has pending against all other

Defendants are **DISMISSED with prejudice**.  Judgment is entered in favor of Defendants **LINDA BROWN, JEFF SYKES, BRIAN CHAPMAN** and **TERRY ALEXANDER** and against Plaintiff **JOHNNY ORTIZ**.-------------------------------------------------------------------------------------------

                                                  **NORBERT G. JAWORSKI, CLERK**

August 31, 2005                                                  BY: s/Patricia Brown
                                                                              Deputy Clerk

APPROVED:/s/    David RHerndon         EOD:  08/31/2005
              **U.S. DISTRICT JUDGE**