IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHNNY ORTIZ,**

**Plaintiff,**

**v.**

**WILLIAM KILQUIST et al.,**

**Defendants.**                                                                 **No. 01-CV-75-DRH**

**ORDER**

**HERNDON, District Judge:**

Before the Court is a motion submitted by Plaintiff Johnny Ortiz ("Plaintiff") seeking greater access to the law library at the Menard correctional facility, where he is currently located.[1] (Doc. 94.) On August 19, 2005, this Court adopted a Report and Recommendation issued by Magistrate Judge Donald Wilkerson in this matter. (Doc. 85.) Pursuant to that order, summary judgment was issued against Plaintiff with regard to his claims against Defendant Robert Burns; the remainder of Plaintiff's claims were dismissed. (*Id.*) Plaintiff then appealed. (Doc. 91.) On April 28, 2006, the Seventh Circuit dismissed Plaintiff's appeal for failure to pay the required docketing fee. (Doc. 95.)

This matter, effectively, is now closed. The Court lacks jurisdiction to issue any further orders at this point. Accordingly, the Court **DENIES** Plaintiff's

---

[1] This motion appears to have been filed concurrently in two other cases: Ortiz v. Kilquist et al., No. 03-CV-11-DRH and Ortiz v. Jackson County et al., No. 06-CV-37-MJR. (Doc. 94.)

motion to compel.  (Doc. 94.)

       **IT IS SO ORDERED**.

       Signed this 10th day of May, 2006.

                                 /s/        David  RHerndon
                                 **United States District Judge**